*56 Vroom.*   Langberg v. Wilkinson. Gaddis & Co.   Mupo v. Crew Co.

DANIEL LANGBERG, RESPONDENT, v. WILKINSON, GADDIS AND COMPANY, APPELLANT.

Submitted July 7, 1913—Decided November 17, 1913.

On appeal from the Supreme Court.

For the appellant, *Coult & Smith.*

For the respondent, *Charles Elin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion promulgated by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, VREDENBURGH, CONGDON, WHITE, TERHUNE, HEPPENHEIMER, JJ. 11.

*For reversal*—None.

---

DOMINICK MUPO, RESPONDENT, v. CREW LEVICK COMPANY, APPELLANT.

Submitted July 7, 1913—Decided October 17, 1913.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

The action was brought in the District Court of the city of New Brunswick to recover damages for negligently driving

and over-driving a horse of the plaintiff, bailed by him to the defendant for hire. The horse died before the bailment terminated.

The court, sitting without a jury, found the defendant guilty of negligence, "that the defendant agreed to return the horse in as good a condition as it was when bailed, as an inducement to the plaintiff" to make the bailment, and that the value of the horse was $200. Judgment accordingly was rendered for the plaintiff. The defence is that there was no proof of misuse of the horse. The findings of the judge upon the disputed facts are conclusive here, when there is any evidence, as in this case, to support them.

The judgment will be affirmed.

For the appellant, *George S. Silzer*.

For the respondent, *Theodore Strong*.

PER CURIAM.

The judgment under review is affirmed, for the reasons set forth in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER, JJ.   9.

*For reversal*—None.